Alfred A. **JEKEL**, Appellant,

v.

**FIREMAN'S FUND INSURANCE COM-
PANY**, Appellee.

No. 20387.

United States Court of Appeals
Fifth Circuit.

June 12, 1963.

Tom H. Davis, Austin, Tex., William VanDercreek, Dallas, Tex., Byrd, Davis & Eisenberg, Austin, Tex., for appellant.

James R. Meyers, Gay & Meyers, Austin, Tex., for appellee.

Before RIVES, CAMERON and HAYS*, Circuit Judges.

PER CURIAM.

We think that Hardware Mutual Casualty Company v. McIntyre, 5th Cir., 1962, 304 F.2d 566 [1] is decisive to the effect that the district court lacked jurisdiction. The judgment is therefore reversed and the case remanded with directions to dismiss the action because the jurisdictional amount is not in controversy.

Reversed with directions.

---

\* Of the Second Circuit, sitting by designation.

1. See also Horton v. Liberty Mutual Insurance Co., 1961, 367 U.S. 348, 81 S.Ct. 1570, 6 L.Ed.2d 890; Hart v. United

States Fidelity & Guaranty Co., 5th Cir., 1962, 304 F.2d 572; Standard Accident Insurance Co. v. Aguirre, 5th Cir., 1962, 304 F.2d 879.